## In re Walter L. BOYAKI, Ruben P. Hernandez, and Miranda & Boyaki, Relator.

### No. 08–07–00238–CV.

Court of Appeals of Texas, El Paso.

Aug. 23, 2007.

Eduardo Miranda, Ruben P. Hernandez, Walter L. Boyaki, Miranda & Boyaki, El Paso, TX, Relator, pro se.

Charles Musslewhite Jr., Houston, Mario J. Martinez, El Paso, TX, for Real Party In Interest.

John M. O'Quinn, Neil McCabe, Houston, TX, pro se.

Before CHEW, C.J., McCLURE; and CARR, JJ.

## OPINION ON PETITION FOR WRIT OF MANDAMUS

ANN CRAWFORD McCLURE, Justice.

Relators, Walter L. Boyaki, Ruben P. Hernandez, and Miranda & Boyaki, seek a writ of mandamus against the Honorable William E. Burke, Jr., Judge of the 189th District Court of Harris County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992)(orig.proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the petition and record before us, we are unable to conclude that Relators are entitled to the relief requested. Accordingly, we deny mandamus relief. *See* Tex.R.App. P. 52.8(a).

CHEW, C.J., not participating.